■ MANUFACTURERS AND TRADERS TRUST COMPANY, Plaintiff, v CLIENT SERVER DIRECT, INC., et al., Defendants. CLIENT SERVER DIRECT, INC., et al., Third-Party Plaintiffs-Appellants, v M&T BANK CORPORATION et al., Third-Party Defendants, and MICHAEL (MICK) WHIPPLE, Third-Party Defendant-Respondent. (Appeal No. 1.) [68 NYS3d 344]—Appeal from an order of the

Supreme Court, Erie County (Timothy J. Walker, A.J.), entered June 10, 2016. The order denied the motion of third-party plaintiffs for partial summary judgment on the issue of liability with respect to their claims against third-party defendant Michael (Mick) Whipple.

It is hereby ordered that said appeal is unanimously dismissed without costs.

Same memorandum as in *Manufacturers & Traders Trust Co. v Client Server Direct, Inc.* ([appeal No. 2] 156 AD3d 1364 [2017]). Present—Centra, J.P., Peradotto, Lindley, NeMoyer and Troutman, JJ.